# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                    :      NO. 374
                        :
ORDER AMENDING RULE       :      MAGISTERIAL DOCKET
101 OF THE PENNSYLVANIA     :
RULES AND STANDARDS WITH   :
RESPECT TO OFFICES OF        :
MAGISTERIAL DISTRICT JUDGES:  
                        :
                        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of August, 2014, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 101 of the Pennsylvania Rules and Standards with Respect to Offices of Magisterial District Judges is amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on September 4, 2014.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.